# EXHIBIT B

## PRODUCT NAME

HP Color LaserJet CP3525 Series Printer
HP Color LaserJet CM3530 MFP Series
HP Color LaserJet CP2020 Series Printer
HP Color LaserJet CM6030 and CM6040 MFP Series
HP LaserJet P1505n Printer
HP Color LaserJet Enterprise CP5520 Printer Series
HP LaserJet P4010 and P4510 Series Printers
HP LaserJet Pro P1566 and P1606dn Printers
HP Color LaserJet 2600n Printer
HP Photosmart Plus All-in-One Series Printers
HP LaserJet Pro CP1025nw Color Printer
HP LaserJet Pro 100 Color MFP
HP LaserJet Pro CP1525n and CP1525nw Color Printers
HP LaserJet M2727 MFP Series
HP Jetdirect Print Servers
HP Jetdirect Print Servers
HP Jetdirect and Embedded Jetdirect Print Servers
HP LaserJet 1320nw Printer
HP Jetdirect Print Servers
HP LaserJet 1022
HP LaserJet P2015 Series Printer
HP Jetdirect and Embedded Jetdirect Inside Print Servers
HP Color LaserJet 5500 Printer Series
HP Wireless Print Server
HP Jetdirect Print Server
HP LaserJet 1320 Series Printer
HP LaserJet 5200 Series Printers
HP 9250C Digital Sender
HP LaserJet 1160 and 1320 Series Printers
HP LaserJet M4345 MFP Series Products
HP Color LaserJet 3700 Series Printer
HP Color LaserJet 2550 Series Printer
HP LaserJet P3005 Series Printer
HP LaserJet M3027 and M3035 MFP
HP LaserJet 9040mfp and 9050mfp Series Printers
HP LaserJet M4345 MFP Series Products
HP LaserJet 4345mfp Series Products
HP LaserJet M3027/M3035 MFP Series Product
HP CM8060/CM8050 Color MFP with Edgeline Technology
HP LaserJet 4240, 4250 and 4350 Series Printers
Digital Projector
HP Designjet Z6100 Printer Series
HP Color LaserJet 2605 Series Printer
HP LaserJet 9000, 9000mfp, 9040mfp, and 9050mfp Series Printers
HP LaserJet P2010 Series Printers
HP Jetdirect 510x Print Server
HP Designjet L25500 Printer Series
HP Business Inkjet 2300 Series Printer
HP Jetdirect Print Servers
HP Designjet T7100 and T7100 Monochrome Printer Series
HP Deskjet 5800 Series Printer
HP 9250C DigitalSender
HP Designjet 4020 and 4520 Printer Series
HP LaserJet 4345mfp Series Products
HP Designjet L25500 Printer Series
HP Designjet Z6100 Printer Series
HP Color LaserJet CP3505 Series Products
HP Designjet Z6200 Photo Printer Series
HP 9100c Digital Sender series
HP Jetdirect Print Servers
HP Designjet Z5200ps Photo Printer
HP Designjet T7100 and T7100 Monochrome Printer Series
HP LaserJet Series Printers
HP Designjet T1300 ePrinter Series
HP CM8060/CM8050 Color MFP with Edgeline Technology
HP Jetdirect Print Servers
HP Designjet Z3200PS Printer Series
HP Color LaserJet CM1017 Multifunction Printer
HP Designjet Z6200 Photo Printer Series
HP Designjet Z5200ps Photo Printer
HP Designjet T2300 eMFP Product Series
HP Scanjet N6350 Networked Document Flatbed Scanner
HP Designjet T790 and T1300 ePrinter Series
HP Designjet T770 and T1200 Printer Series
HP Designjet 5500 Printer Series
HP LaserJet P2030 Series Printer
HP Designjet T1120 Printer Series
HP Designjet Z3200 Printer Series
HP Designjet T620 Printer Series
HP Jetdirect ew2400 802.11g Print Server
HP CM8060/CM8050 Color MFP with Edgeline Technology
HP Designjet T1120 Printer Series

**PRODUCT NAME**

HP Designjet L26500 printer series
HP Designjet Z5200ps Photo Printer
HP Designjet 4020 and 4520 Printer Series
HP Designjet Z3200 Printer Series
HP Designjet T620 Printer Series
HP Designjet 4020 and 4520 Printer Series
HP Designjet T2300 eMFP Product Series
HP Designjet Z6200 Photo Printer Series
HP Jetdirect Print Servers
HP Designjet T770 and T1200 Printer Series
HP Designjet T790 and T1300 ePrinter Series
HP Officejet 9100 Series All in One
HP 9250C DigitalSender
HP Photosmart 8450 Series Printers
HP Jetdirect Print Servers
HP TopShot LaserJet Pro
HP Designjet T610 Printer Series
HP Jetdirect Print Servers
HP Designjet Z3100 Photo Printer Series
HP Access Control Series
HP LaserJet 9000mfp
HP LaserJet 9000 Product Family
HP Color LaserJet 2700 Series Printer
HP Color LaserJet CP3505 Series Product
HP Designjet T1100 Printer Series
HP Designjet T610 Printer Series
HP Designjet 4020 and 4520 Printer Series
HP 9250C DigitalSender
HP LaserJet P2015 Printer Series
HP LaserJet 2300 Printer Series
HP Designjet Z3100ps Photo Printer Series
HP Color LaserJet CM4730 MFP Series Products
HP Jetdirect 680n 802.11b Wireless Print Server - HP Jetdirect Print Servers
HP Jetdirect ew2400 802.11g Wireless Print Server
HP 9200c Digital Sender
HP LaserJet M4345 MFP Product Series
HP Jetdirect 380x 802.11b Wireless Print Server
HP Jetdirect 680n 802.11b Wireless Print Server
HP CM8060/CM8050 Color MFP with Edgeline Technology
HP Jetdirect and Embedded Jetdirect Inside Print Servers
HP Jetdirect Print Servers
HP Designjet T790 and T1300 ePrinter Series
HP Designjet Z6100 Printer Series
HP wp110 802.11b Wireless Print Server
HP LaserJet 2300, 2400 Series Printers
HP Multifunction Printers
HP Designjet Z3100ps Photo Printer Series
HP Color LaserJet CP1510
HP LaserJet P2050 Series Printer
HP Officejet J4680 and J4680c All-in-One Printers and Officejet Pro 8000 (A809a) and 8000 Wireless
HP Color LaserJet CP3525 Series Printer
HP LaserJet 4250, 4300 and 4350 Series Printers
HP Designjet T1120 Printer Series
HP Designjet T1100 Printer Series
HP 9200c Digital Sender
HP Designjet Z2100 and Z3100 Photo Printer Series
HP Jetdirect and Embedded Jetdirect Inside Print Servers
HP Jetdirect 680n 802.11b Wireless Print Server
HP LaserJet P3010 Series Printers
HP Jetdirect 380x 802.11b Wireless Print Server
HP CM8060/CM8050 Color MFP with Edgeline Technology
HP Color LaserJet Enterprise CP4020/CP4520 Series Printer
HP Jetdirect 280m 802.11b Wireless Print Server
HP Scanjet Enterprise 7000n
HP LaserJet 1320n, 1320tn, and 1320nw Printer Models
HP Officejet Pro 8000 Enterprise Printer Series
HP Color LaserJet Enterprise CM4540 MFP Product Series
HP Color LaserJet 3000, 3600 and 3800 Series Printers
HP Jetadmin Software for Solaris
HP Color LaserJet 1600 Printer
HP Color LaserJet 2600nse Printer
HP Color LaserJet 2605dn Printer
HP Color LaserJet 2605dtn Printer
HP Color LaserJet 2605dnxi Printer
HP Color LaserJet CP4700 Printer
HP Color LaserJet CP4700n Printer
HP Color LaserJet CP4700dn Printer
HP Color LaserJet CP4700dtn Printer
HP Color LaserJet CP4700PH+ Printer
HP Color LaserJet CP5550 Printer

**PRODUCT NAME**

HP Color LaserJet CP5550n Printer
HP Color LaserJet CP5550dn Printer
HP Color LaserJet CP5550dtn Printer
HP Color LaserJet CP5550hdn Printer
HP Color LaserJet CP9500n Printer
HP Color LaserJet CP9500hdn Printer
HP Color LaserJet CP9500gp Printer
HP LaserJet 1018 Printer
HP LaserJet 1020 Printer
HP LaserJet 1005 Printer
HP LaserJet 1006 Printer
HP LaserJet 5200 Printer
HP LaserJet 5200n Printer
HP LaserJet 5200tn Printer
HP LaserJet 5200dtn Printer
HP LaserJet 9040 Printer
HP LaserJet 9040n Printer
HP LaserJet 9040dn Printer
HP LaserJet 9050 Printer
HP LaserJet 9050n Printer
HP LaserJet 9050dn Printer
HP Color LaserJet 2820 MFP
HP Color LaserJet 2840 MFP
HP LaserJet 3380 MFP
HP LaserJet 3052 AiO
HP LaserJet 3055 AiO
HP LaserJet 3390 AiO
HP LaserJet 3392 AiO
HP Color LaserJet 9500 MFP
HP LaserJet 3050z MFP
HP LaserJet 3050 MFP
HP LaserJet M1005 Printer
HP LaserJet 5025 MFP
HP Color LaserJet CM1015 MFP
HP Color LaserJet CM1017 MFP
HP Color LaserJet 4005n Printer
HP Color LaserJet 4005dn Printer
HP LaserJet P2014 Printer
HP LaserJet P2014n Printer
HP LaserJet 1505 Printer
HP LaserJet P5200ly Printer
HP LaserJet M3035xs MFP
HP LaserJet P1007 Printer
HP LaserJet P1008 Printer
HP LaserJet M1319f MFP
HP LaserJet M1120 MFP
HP LaserJet M1120n MFP
HP LaserJet M1522n MFP
HP LaserJet M1522nf MFP
HP LaserJet P4014 Printer
HP LaserJet P4014n Printer
HP LaserJet P4015n Printer
HP LaserJet P4015dn Printer
HP LaserJet P4015x Printer
HP LaserJet P4515n Printer
HP LaserJet P4515dn Printer
HP LaserJet P4515x Printer
HP LaserJet P4515xm Printer
HP Color LaserJet CM1312 MFP
HP Color LaserJet CM1312nfl MFP
HP Color LaserJet CP1215 Printer
HP Color LaserJet CP1515n Printer
HP Color LaserJet CP1515ni Printer
HP Color LaserJet CP6015n Printer
HP Color LaserJet CP6015dn Printer
HP Color LaserJet CP6015x Printer
HP Color LaserJet CP6015xh Printer
HP LaserJet P42035 Printer
HP LaserJet P42035n Printer
HP LaserJet P42055d Printer
HP LaserJet P42055dn Printer
HP LaserJet P42055x Printer
HP Color LaserJet CM2320n MFP
HP Color LaserJet CM2320nf MFP
HP Color LaserJet CM2320fxi MFP
HP Color LaserJet CP2025 Printer
HP Color LaserJet CP2025n Printer
HP Color LaserJet CP2025dn Printer
HP Color LaserJet CP2025x Printer
HP Color LaserJet CM1312nf MFP
HP LaserJet P3015 Printer
HP LaserJet P3015n Printer
HP LaserJet P3015d Printer
HP LaserJet P3015dn Printer
HP LaserJet P3015x Printer
HP Color LaserJet 4025n Printer
HP Color LaserJet 4025dn Printer
HP Color LaserJet 4525n Printer
HP Color LaserJet 4525dn Printer
HP Color LaserJet 4525xh Printer
HP Color LaserJet CP5225 Printer
HP Color LaserJet CP5225n Printer
HP Color LaserJet CP5225dn Printer
HP LaserJet Pro M1536dnf MFP
HP LaserJet P1102 Printer
HP LaserJet P1102w Printer
HP LaserJet P1566 Printer
HP LaserJet Pro M1132 MFP
HP LaserJet Pro M1212nf MFP
HP LaserJet Pro M1214nfh MFP
HP LaserJet Pro M1217nfw MFP
HP LaserJet Pro M1136 MFP
HP LaserJet Pro M1213nf MFP
HP LaserJet Pro M1216nfh MFP
HP Color LaserJet Pro CM1415fn
HP Color LaserJet Pro CM1415fnw
HP Color LaserJet CP1025 Printer
HP Color LaserJet CP5525n Printer

**PRODUCT NAME**

HP Color LaserJet CP5525dn Printer
HP Color LaserJet CP5525xh Printer
HP Color LaserJet CM4540f MFP
HP Color LaserJet CM4540fskm MFP
HP LaserJet M4555 MFP
HP LaserJet M4555h MFP
HP LaserJet M4555f MFP
HP LaserJet M4555fskm MFP
HP LaserJet Pro 100 Color MFP M175a
HP LaserJet Enterprise 600 M601n
HP LaserJet Enterprise 600 M601dn
HP LaserJet Enterprise 600 M602n
HP LaserJet Enterprise 600 M602dn
HP LaserJet Enterprise 600 M602x
HP LaserJet Enterprise 600 M603n
HP LaserJet Enterprise 600 M603dn
HP LaserJet Enterprise 600 M603xh
HP LaserJet Pro 200 color MFP M275nw
HP LaserJet Enterprise 500 color M551n
HP LaserJet Enterprise 500 color M551dn
HP LaserJet Enterprise 500 color M551xh
HP LaserJet Pro 300 color MFP M375nw
HP LaserJet Pro 400 color MFP M475dn
HP LaserJet Pro 400 color MFP M475dw
HP LaserJet Pro 300 color M351a
HP LaserJet Pro 400 color M451nw
HP LaserJet Pro 400 color M451dn
HP LaserJet Pro 400 color M451dw
HP LaserJet Pro 400 color M401a
HP LaserJet Pro 400 color M401d
HP LaserJet Pro 400 color M401dn
HP LaserJet Pro 400 color M401dw
HP LaserJet Pro 400 MFP M425dn
HP LaserJet Pro 400 MFP M425dw
HP LaserJet Enterprise 500 MFP M525dn
HP LaserJet Enterprise 500 MFP M525f
HP LaserJet Enterprise flow MFP M525c
HP LaserJet Enterprise 500 color MFP M575dn
HP LaserJet Enterprise 500 color MFP M575f
HP LaserJet Enterprise color flow MFP M575c
HP LaserJet Pro 200 color MFP M276n
HP LaserJet Pro 200 color MFP M276nw
HP LaserJet Pro 200 color M251n
HP LaserJet Pro 200 color M251nw
HP LaserJet Pro 500 color MFP M570dn
HP LaserJet Pro 500 color MFP M570dw
HP LaserJet Enterprise 700 M712n
HP LaserJet Enterprise 700 M712dn
HP LaserJet Enterprise 700 M712xh
HP LaserJet Pro MFP M521dn
HP LaserJet Pro MFP M521dw
HP LaserJet Enterprise MFP M725dn
HP LaserJet Enterprise MFP M725f
HP LaserJet Enterprise MFP M725z
HP LaserJet Enterprise MFP M725z+
HP Officejet Pro K550
HP Officejet Pro K550dtn
HP Officejet Pro K550dtwn
HP Officejet Pro K850
HP Officejet Pro K850dn
HP Photosmart Pro B9180
HP Deskjet 6980
HP Deskjet 6940
HP Officejet Pro K5400
HP Officejet Pro K5400dn
HP Officejet Pro K5400dtn
HP Officejet Pro K5400tn
HP Photosmart D7460 Printer
HP Photosmart D7260 Printer
HP Photosmart D7245 Printer
HP Photosmart D7255 Printer
HP Photosmart C8100
HP Photosmart C7200 All-in-One Printer
HP Photosmart C7280 All-in-One Printer
HP Photosmart C6200 All-in-One Printer
HP Photosmart C6280 All-in-One Printer
HP Photosmart C6250 All-in-One Printer
HP Photosmart C6240 All-in-One Printer
HP Photosmart C4385 All-in-One Printer
HP Photosmart C4384 All-in-One Printer
HP Photosmart C4382 All-in-One Printer
HP Officejet J6405
HP Officejet J6410

**PRODUCT NAME**

HP Officejet J6413
HP Officejet J6415
HP Officejet J6424
HP Officejet J6424
HP Officejet J6450
HP Officejet J6480
HP Officejet J6488
HP Photosmart C4580 All-in-One Printer
HP Photosmart C6350 All-in-One Printer
HP Photosmart C6340 All-in-One Printer
HP Photosmart C6380 All-in-One Printer
HP Officejet J4624
HP Officejet J4660
HP Officejet J4680
HP Officejet J4680c
HP Officejet Pro K8600
HP Officejet Pro K8600dn
HP Officejet 6500 Wireless All-in-One Printer - E709n
HP Officejet 6500 Wireless All-in-One Printer - E709q
HP Officejet 6500 All-in-One Printer - E709a
HP Officejet 6500 All-in-One Printer
HP Officejet 6500 Special Edition All-in-One Printer - E709f
HP Officejet 6000 Printer
HP Officejet 6000 Wireless
HP Officejet 6000 Wireless All-in-One Printer  - E609n
HP Photosmart C309a All-in-One Printer
HP Photosmart C4750 All-in-One Printer
HP Photosmart C4740 All-in-One Printer
HP Photosmart C4780 All-in-One Printer
HP Photosmart C4795 All-in-One Printer

HP Officejet 7000 Wide Format Printer - E809a
HP Photosmart B209a All-in-One Printer
HP Photosmart C309g All-in-One Printer
HP Photosmart C309n All-in-One Printer
HP Deskjet 3050 All-in-One Printer J610a
HP Deskjet 3000 Printer J310a
HP Officejet 4500 All-in-One Printer
HP Officejet 4500 Desktop All-in-One Printer
HP Officejet 4500 Wireless All-in-One Printer
HP Photosmart All-in-One Printer D110a
HP Photosmart All-in-One Printer D110b
HP Photosmart All-in-One Printer D110c
HP Photosmart Plus e-All-in-One Printer B210a
HP Photosmart Premium e-All-in-One Printer C310a
HP ENVY 100 e-All-in-One Printer D410a
HP ENVY 100 e-All-in-One Printer D410b
HP ENVY 100 e-All-in-One Printer D410c
HP Photosmart eStation Printer C510a
HP Photosmart Premium Fax e-All-in-One Printer C410a
HP Officejet 7500A Wide Format eAll-in-One Printer
HP Officejet Pro 8500A eAll-in-One Printer
HP Officejet Pro 8500A Plus eAll-in-One Printer
HP Officejet Pro 8500A Premium eAll-in-One Printer

HP Officejet 6500A Plus eAll-in-One Printer
HP Officejet 6500A eAll-in-One Printer
HP Officejet Pro 8000 Enterprise Printer
HP Deskjet 3070A e-All-in-One Printer B611a
HP Photosmart 5510 e-All-in-One Printer B111a
HP Photosmart 5514 e-All-in-One Printer B111h
HP Photosmart 6510 e-All-in-One Printer B211a
HP Photosmart 6515 e-All-in-One Printer B211a
HP Photosmart 6512 e-All-in-One Printer B211a
HP Deskjet 3050A All-in-One Printer J611g
HP Deskjet 3052A All-in-One Printer J611g
HP Photosmart 7510 e-All-in-One Printer C311a
HP Photosmart 7515 e-All-in-One Printer C311a
HP ENVY 110 e-All-in-One Printer D411a
HP ENVY 114e-All-in-One Printer D411c
HP Officejet Pro 8100 e-Printer
HP Officejet Pro 8600 e-All-in-One Printer
HP Officejet Pro 8600 Plus e-All-in-One Printer
HP Officejet Pro 8600 Premium e-All-in-One Printer
HP Officejet 4620 e-All-in-One Printer
HP Officejet 6100 e-Printer
HP Officejet 6700 Premium e-All-in-One Printer
HP Officejet 6600 e-All-in-One Printer
HP Officejet 7110 Wide Format ePrinter

**PRODUCT NAME**

HP Officejet 7610 Wide Format e-All-in-One Printer
HP Officejet Pro 251dw Printer
HP Officejet Pro 276dw Multifunction Printer
HP Officejet Pro X451dn Printer
HP Officejet Pro X451dw Printer
HP Officejet Pro X476dn Multifunction Printer
HP Officejet Pro X476dw Multifunction Printer
HP Officejet Pro X576dw Multifunction Printer
HP Deskjet 2540 All-in-One Printer
HP Deskjet 2542 All-in-One Printer
HP Deskjet 2544 All-in-One Printer
HP Deskjet 2541 All-in-One Printer
HP Deskjet 2543 All-in-One Printer
HP Deskjet 2546 All-in-One Printer
HP Deskjet 2547 All-in-One Printer
HP ENVY 4500 e-All-in-One Printer
HP ENVY 4502 e-All-in-One Printer
HP ENVY 4505 e-All-in-One Printer
HP ENVY 4504 e-All-in-One Printer
HP ENVY 4501 e-All-in-One Printer
HP ENVY 4509 e-All-in-One Printer
HP ENVY 4506 e-All-in-One Printer
HP Photosmart 7520 e-All-in-One Printer
HP Photosmart 7525 e-All-in-One Printer

HP ENVY 120 e-All-in-One Printer
HP ENVY 121 e-All-in-One Printer
HP Designjet 4000
HP Designjet 4000PS
HP Designjet 4500
HP Designjet 4500PS
HP Designjet Z3100 24"
HP Designjet Z3100 44"
HP Designjet Z3100PS 24"
HP Designjet Z3100PS 44"
HP Designjet T610 24"
HP Designjet T610 44"
HP Designjet T1100 24"
HP Designjet T1100 44"
HP Designjet T1100PS 24"
HP Designjet T1100PS 44"
HP Designjet T1100 MFP
HP Designjet Z6100 42"
HP Designjet Z6100 60"
HP Designjet Z6100PS 42"
HP Designjet Z6100PS 60"
HP Designjet T1120 24"
HP Designjet T1120 44"
HP Designjet T1120PS 24"
HP Designjet T1120PS 44"
HP Designjet T620
HP Designjet T1120SD-MFP
HP Designjet T1120HD-MFP
HP Designjet 4520HD-MFP
HP Designjet 4520 Scanner
HP Designjet 4020
HP Designjet 4020PS
HP Designjet 4520
HP Designjet 4520PS
HP Designjet T1200
HP Designjet T1200PS
HP Designjet T770HDV 44"
HP Designjet T770HDV 24"
HP Designjet T7100 Mono
HP Designjet T1200HD-MFP
HP Designjet Z2100 24"
HP Designjet Z2100 44"
HP Designjet Z3200 24"
HP Designjet Z3200 44"

HP Designjet Z3200PS 24"
HP Designjet Z3200PS 44"
HP Designjet Z5200PS
HP Designjet Z6200 42"
HP Designjet Z6200 60"
HP Designjet T2300 e-MFP
HP Designjet T2300PS e-MFP
HP Designjet T7100
HP Designjet T7100 with HDD
HP Designjet L25500 42"
HP Designjet L25500 60"
HP Designjet T1300
HP Designjet T1300PS
HP Designjet T1300PS with HDD
HP Designjet T790 24"
HP Designjet T790 44"
HP Designjet T790PS 24"
HP Designjet T790PS 24" with HDD
HP Designjet T790PS 44" with HDD
HP Designjet T120
HP Designjet T520 24"
HP Designjet T520 36"
HP Designjet T1500
HP Designjet T1500PS
HP Designjet T1500PS with HDD
HP Designjet T920
HP Designjet T920PS
HP Designjet T920PS with HDD
HP Designjet Z5400 PostScript
HP Designjet T2500 e-MFP
HP Designjet L25500 60" Printer
HP Designjet L25500 42" Printer
HP Designjet L65500 Printer
HP Designjet L26500 Printer
HP Designjet L28500 Printer
HP Designjet L26100 Printer
HP 1910 Switch Series
HP ProCurve 1810G Switch Series
HP PS 1810 Switch Series
HP 2520 Switch Series
HP 2530 Switch Series

6

**PRODUCT NAME**

HP 2620 Switch Series
HP 2810 Switch Series
HP 3100 El Switch Series
HP 3100 Sl Switch Series
HP ProCurve 2610 Switch Series
HP 2615 Switch Series
HP 2915 Switch Series
HP 2920 Switch Series
HP 3600 El Switch Series
HP 3600 Sl Switch Series
HP 5120 El Switch Series
HP 5120 Sl Switch Series
HP 5500 Sl Switch Series
HP 5800 Switch Series
HP 5820 Switch Series
HP ProCurve 2910al Switch Series
HP ProCurve 3500yl Switch Series
HP ProCurve 5400zl Switch Series
HP ProCurve 8200zl Switch Series
HP M200-802.11n Access Point Series
HP M220-802.11n Access Point Series
HP 200 Unified THreat Management (UTM) Appliance Series
HP Firewall Series
HP Security Management System Appliance Series
HP Servers utilizing Integrated Lights-Out
HP ProLiant Servers